IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENETHA GUYER Adminstratrix of the Estate of JEFFREY C. MARKLE, deceased,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MILTON NURSING AND REHABILITATION CENTER, L.P.; MILTON OPERATING, LLC d/b/a MILTON REHABILITATION AND NURSING CENTER; MILTON OPERATING LLC; MAPA OPERATING LLC; MAPA MANAGEMENT COMPANY, LLC; MIMA HEALTHCARE, LLC; and BEDROCK CARE, LLC<br><br>　　　　Defendants. | No. 4:20-CV-02381<br><br>(Chief Judge Brann) |

## ORDER

### NOVEMBER 3, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Plaintiff's Motion to Remand, Doc. 4, is **GRANTED**;

2. This matter is **REMANDED** to the Court of Common Pleas of Northumberland County; and

3. The Clerk is directed to close this case and to mail a certified copy of this Order to the Court of Common Pleas of Northumberland County, Pennsylvania, pursuant to 28 U.S.C. § 1447(c). That court may thereupon proceed with this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge